IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01259-WJM-KLM

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

SALLY JEWELL, Secretary of the Department of the Interior, and
U.S. FISH AND WILDLIFE SERVICE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Extend Deadline to Respond to Complaint and to Vacate Scheduling Conference** [#7][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#7] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Defendants shall respond to the Complaint [#1] **on or before September 21, 2015**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for August 20, 2015 at 11:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that, **on or before October 21, 2015**, the parties shall file either (1) a notice of settlement or dismissal papers, or (2) a Status Report informing the Court that they wish to proceed with this litigation.

    Dated: July 20, 2015

---

[1] "[#7]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.